CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rianna Leon**; DOB: 2001; United States<br>**Jose Nunez-Orosco**; DOB: 1997; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-06721MJ |
| Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 10, 2025, in the District of Arizona, **Rianna Leon** and **Jose Nunez-Orosco** , did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport a certain illegal alien and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 10, 2025, in the District of Arizona (Casa Grande) at approximately 9:45 a.m., Border Patrol Agents (BPAs) were traveling south on Federal Route (FR) 15 Mile Marker (MM) 3, where they were waived down by a Tohono O'odham Police Department (TOPD) officer that was conducting a traffic stop. The TOPD Officer advised he stopped the vehicle for expired registration and noticed a driver, a front seat passenger, and one rear passenger that was laying down in the floorboard of the vehicle attempting to hide. TOPD Officer's where able to identify the driver, **Rianna Leon** and the front seat passenger **Jose Nunez-Orosco**, by being provided drivers licenses, as United States Citizens, and the rear seat passenger, Ricardo Hernandez, by being provided with a Mexican Voter card. TOPD Officers detained all three subjects and conducted a pat down search and located a fully loaded Taurus G2C Handgun (SN: AEH574057) inside **Jose Nunez-Orosco's** front pocket. The handgun was seized and records checks revealed it was not stolen and was registered to **Jose Nunez-Orosco.**

At approximately 9:40 a.m., BPAs conducted an immigration inspection on all three subjects. It was determined, **Rianna Leon** and **Jose Nunez-Orosco** were United States Citizens, and Ricardo Hernandez was a Mexican Citizen, illegally present in the United States.  Further investigation revealed Ricardo Hernandez was previously deported from the United States through San Luis, Arizona on February 26, 2025.

After waiving her *Miranda* rights **Rianna Leon** stated she was a United States Citizen, and lived in Phoenix, Arizona. She stated she stated she was going to be paid by **Jose Nunez-Orosco,** to transport a person from Tucson, Arizona to Phoenix, Arizona for $1000.00. She stated she left Phoenix, Arizona the morning of September 10, 2025, with Nunez-Orosco and traveled to a Quick-Trip gas station in Tucson, Arizona and waited there until given further instructions by **Nunez-Orosco.**

Continued on next page:

| MATERIAL WITNESS IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 11, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

Continued from front page:

She stated she then drove to a desolate desert location and stopped on the side of the road. She stated she picked up a single male subject that walked from out of some bushes and entered the rear seat of the vehicle. She stated she drove for approximately 30 minutes until she was pulled over by TOPD. BPAs questioned her on the knowledge of the immigration status of the rear seat passenger which she stated, "I think I just told him (Referring to the TOPD Officer) straight up that he was an immigrant". She stated she knew she was going to be paid to transport an illegal alien but claimed she did not know who Nunez-Orosco made the arrangements with.

After waiving his Miranda rights **Jose Nunez-Orosco** stated he was a United States Citizen, and lived in Phoenix, Arizona.  He stated he was recruited to smuggle illegal aliens via Facebook, by a subject named "Dezzy Lopez".  He stated "Dezzy Lopez" instructed him to download "WhatsApp" to be further contacted to coordinate a future alien smuggling attempt. He stated he was told by "Dezzy Lopez" that he was going to be paid $1000.00 to $1500.00 per illegal alien that he successfully transported to Phoenix, Arizona. He stated he was informed by "Dezzy Lopez" via WhatsApp to pick up two "heads" ( referring to illegal aliens) at an abandoned house near an area called "Indian Route" but didn't recall the exact location. He stated the illegal alien entered the vehicle and sat in the rear passenger seat. He stated he was unaware of the rear passenger was an illegal alien, but "Dezzy Lopez" stated he was her relative. He stated after a short drive they were stopped by TOPD.